**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00199-BNB

JOSE VEGA,

    Applicant,

v.

BLAKE R. DAVIS,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    "Applicant's Motion for Certified Copy of Docket Entry Sheet, and Copy of Writ of Habeas Corpus, Pursuant to Title 28 U.S.C. § 2250" and "Applicant's Written Praecipe Motion Requesting the Clerk to Issue Summons for Service Upon Respondents, Habeas Corpus Action Pursuant to Title 28 U.S.C. § 2241(a), (c)(1), (2) and (3)," both of which were filed on January 29, 2010, are DENIED.  "Pro Se Applicant's Motion for an Extension of Time to Cure Deficiencies as Ordered by the Court" filed on February 8, 2010, is GRANTED as follows:  Applicant shall have up to and including **March 29, 2010**, to cure the deficiencies as directed if he wishes to pursue his claims in this action.

Dated:  February 9, 2010